KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>FRANCIS MONGUL,<br><br>    Respondent. | NO. C-06-6967-SI<br><br>**APPLICATION TO CONTINUE ORDER TO SHOW CAUSE HEARING DATE AND ORDER** |

    This is a proceeding to enforce an Internal Revenue Summons. The hearing is set for December 15, 2006. We have been unable to locate and serve the respondent with the Petition and Order To Show Cause. Accordingly, we request that this hearing be continued to February 16, 2007 to allow the government more time to serve the respondent.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

## ORDER

    Upon application of the United States, the hearing on the Order To Show Cause is continued to February 16, 2007 at 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE