```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division

4  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
   Telephone:  (415) 436-7017
6  Fax:        (415) 436-6748

7  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>FRANCIS MONGUL,<br><br>    Respondent. | NO. C-06-6967-SI<br><br>**APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS AND ORDER** |

The United States of America dismisses the Petition To Enforce filed on November 8, 2006. The respondent was never served.

KEVIN V. RYAN
United States Attorney

Dated: January 26, 2007

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE